**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 537 MAL 2018

                  Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

                  v.   :

SELVER HASANHODZIC,   :

                  Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.